UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61158-CV-DIMITROULEAS

Yishan Chen,

     Petitioner,

v.

Assistant Field Office Director, Immigration
and Customs Enforcement, Broward Transitional
Center;
Markwayne Mullin, in his official capacity as
Secretary, U.S. Department of Homeland
Security; Todd Blanche, in his official capacity as Acting
U.S. Attorney General,

     Respondents.

_____/

## ORDER

     **THIS CAUSE** is before the Court on Petitioner Yishan Chen ("Petitioner")'s Motion for Reconsideration of Order Denying Petition for Writ of Habeas Corpus (the "Motion") [DE 12], filed May 24, 2026.  Petitioner seeks reconsideration of this Court's April 29, 2026, Order denying Petitioner's § 2241 habeas petition in light of the Eleventh Circuit Court of Appeals opinion in *Hernandez Alvarez v. Warden, Federal Detention Center Miami, et al.*, Case Nos. 25-14065; 25-14075 (May 6, 2026), which is persuasively binding on this Court until the mandate issues. Petitioner requests that the Court reconsider its Order, vacate the Order upon reconsideration, and grant his habeas petition.

     Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  No later than **June 1, 2026**, Respondents shall file a response to the Motion.

2.  The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

26th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov