UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61158-CV-DIMITROULEAS

Yishan Chen,

      Petitioner,

v.

Assistant Field Office Director, Immigration
and Customs Enforcement, Broward Transitional
Center;
Markwayne Mullin, in his official capacity as
Secretary, U.S. Department of Homeland
Security; Todd Blanche, in his official capacity as Acting
U.S. Attorney General,

      Respondents.

_____/

## ORDER SETTING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** is before the Court on Petitioner Yishan Chen ("Petitioner")'s Motion for Reconsideration of Order Denying Petition for Writ of Habeas Corpus (the "Motion") [DE 12], filed May 24, 2026.  The Court has carefully considered the Motion, Respondents' Response in Opposition [DE 15], Petitioner's Reply [DE 17], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

A hearing in this matter is hereby set for 1:00 P.M. on **Tuesday, June 9, 2026**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov