UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61158-CV-DIMITROULEAS

Yishan Chen,

     Petitioner,

v.

Assistant Field Office Director, Immigration
and Customs Enforcement, Broward Transitional
Center;
Markwayne Mullin, in his official capacity as
Secretary, U.S. Department of Homeland
Security; Todd Blanche, in his official capacity as Acting
U.S. Attorney General,

     Respondents.

_____/

## ORDER CANCELLING HEARING

**THIS CAUSE** is before the Court on Respondents' Notice of Compliance with Order for

Bond Hearing and Request for Cancellation of Hearing [DE 21], filed herein on June 17, 2026.

The Court has considered the Notice [DE 21] and is otherwise fully advised in the premises. The

Notice states on June 16, 2026, a bond hearing was held and that the Immigration Judge granted

release subject to a bond in the amount of $7,500. *See* [DE 21].

     Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing in this matter

scheduled for June 22, 2026 is **CANCELLED**. This case remains **CLOSED**.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 17th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov